| | | |
|---|---|---|
| 27044 | State v. Silao | Affirmed |

**June 29, 2007**

| | | |
|---|---|---|
| 27114 | State v. Lalahi | Affirmed |
| 26569 | State v. Quiros | Affirmed |

**July 5, 2007**

| | | |
|---|---|---|
| 27894 | State v. Nguyen | Affirmed |
| 27875 | State v. Vesper | Affirmed, Vacated and Remanded |

**July 6, 2007**

| | | |
|---|---|---|
| 27831 | State v. Rosa | Affirmed |

**July 9, 2007**

| | | |
|---|---|---|
| 26903 | Gorai v. MTL, Inc. | Affirmed |
| 27986 | State v. McElroy | Affirmed |

**July 11, 2007**

| | | |
|---|---|---|
| 27906, 27907 | State v. Gomes | Affirmed, Vacated and Remanded |